Expanded Surveillance of IP Address 173.161.100.210

**ISP:** Comcast Business Communications
**Location:** Champaign, IL

| Hit Date UTC | Filename |
|---|---|
| 02/09/2013 | X-Art - Morning Tryst - Gianna [1080p].mov |
| 02/08/2013 | Les Miserables (2013).DVDRIP.Xvid.AC3.BHRG |
| 02/08/2013 | x-art_caprice_ivana_jacob_casual_sex_1080.mov |
| 02/08/2013 | x-art_kaylee_waterfall_emotions_1080.wmv |
| 02/08/2013 | Skin on Skin 5-Kevin Warhol+Julien Hussey .wmv.wmv |
| 02/08/2013 | X-Art - Menage a Trois - 1080p [Mazinger_Z33] |
| 02/08/2013 | x-art_kristen_working_out_together_1080.mov |
| 02/08/2013 | x-art_silvie_transcendence_1080.mov |
| 02/08/2013 | X-Art - Unforgettable View Part II - Addison(1080p).mov |
| 02/08/2013 | X-Art - Dangerous Game - Jasmine [1080p].wmv |
| 02/08/2013 | Chaudasse_aux_cheveux_de_feu.avi |
| 02/08/2013 | World's.Most.Amazing.Videos.S01E12.SWEDISH.PDTV.H264-Swetv |
| 02/08/2013 | Hi-Fidelity Dub Sessions, Vol. 5 |
| 02/08/2013 | Gay Bareback - Raw Films - Raw Rescue.avi |
| 02/08/2013 | Cora_Sandel_-_Alberte_Och_Jakob-1927-9CD-Audiobook-SE-2007-LzY |
| 02/08/2013 | Kaylee.First.Love.X.Art.2012.FullHD_iyutero.com.mov |
| 02/08/2013 | College Rules - College Is The Shit! |
| 02/08/2013 | [X-Art] - Show You My love - Mary [1080p].mov |
| 02/08/2013 | College Rules - College Fuck Swap |
| 02/08/2013 | X-Art 12 03 18 Ivy Lunchtime Fantasy XXX 1080p MOV-KTR |
| 02/08/2013 | X-Art - Young And Hot - Avril [1080p].mov |
| 02/08/2013 | x-art_leila_last_night_540.wmv |
| 02/08/2013 | X-Art - Soul Mates - Ivy [1080p].mov |
| 02/08/2013 | X-Art - Afternoon Delight - Angel [1080p].mov |
| 02/08/2013 | Angelica.Naughty.Nice.XArt.2012.FullHD_iyutero.com.mov |
| 02/08/2013 | x-art_angelica_inside_perfection_1080.mov |
| 02/08/2013 | x-art - Tori [Torrid Love] |
| 02/08/2013 | X-Art.-.Seaside.Romp |
| 02/08/2013 | Alerta Cobra - Temporada 7 - Falsas se?ales [DVBRIP][703][www.pctorrent.com].avi |
| 02/08/2013 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 02/08/2013 | Mushroomhead - XIII [2003] |
| 02/08/2013 | x-art_angie_morning_desires_1080.mov |
| 02/08/2013 | OdinShare Odin Blu-ray DVD Ripper Platinum v8.7.5 with Key [TorDigger] |
| 02/08/2013 | x-art.com_Gianna_Black_Lace_Bliss_1080.mov |
| 02/08/2013 | X-Art - Formidable Beauty - Beatrice [1080p].mp4 |

EXHIBIT C

CIL24

| Hit Date  UTC | Filename |
|---|---|
| 02/08/2013 | d1 |
| 02/08/2013 | x-art_baby_together_again_1080.mp4 |
| 02/08/2013 | X-Art - Poolside Striptease - 1080p - PSYKO666 |
| 02/08/2013 | x-art_cindy_morning_memories_1080.mov |
| 02/08/2013 | Xilisoft Blu-ray Ripper v7.1.0 build 20121016 with Key [h33t][iahq76] |
| 02/08/2013 | X-Art - Coucher Avec an Autre Fille - Jessie, Anais [1080p].mp4 |
| 02/08/2013 | X-Art - A Little Rain Must Fall - Angelica [1080p].mov |
| 02/08/2013 | XArt_Silvie.avi |
| 02/08/2013 | x-art_carmen_an_afternoon_to_remember_1080.mov |
| 02/08/2013 | Studying.Sex.CollegeRules.2012.HD_iyutero.com.mp4 |
| 02/08/2013 | (eBook) Real Estate - Robert Allen - The Road To Wealth (Multiple Streams of Income).pdf |
| 02/08/2013 | X-Art_-__Ivy_Wet_Dream_HD_1080p |
| 02/08/2013 | Caprice.Anneli.Threes.Company.XArt.08.15.12_iyutero.com.mp4 |
| 02/08/2013 | Babes_-_Ivana_Sugar_-__Wake_Up_My_Love_HD_1080p |
| 02/08/2013 | X-Art - Three for the Show - Leila [1080p].mov |
| 02/08/2013 | x-art_starting_over_jessie_1080.mp4 |
| 02/08/2013 | x-art_connie_sacred_romance_720.wmv |
| 02/08/2013 | Mainliners-Mainliners-2007-JUST |
| 02/08/2013 | X-Art - Want You (2013) [1080p].mov |
| 02/08/2013 | College Rules - Who Can Make The Best Sex Tape HD 720p |
| 02/08/2013 | x-art_baby_susie_then_they_were_three_1080.mov |
| 02/08/2013 | 12.03.12.x-art_tiffany_california_dreams_1080.wmv |
| 02/08/2013 | x-art_ivy_lovers_quarrel_1080-chkm8te.wmv |
| 02/08/2013 | x-art_connie_sacred_romance_1080.mov |
| 02/07/2013 | XART_connie_sacred_romance_720.wmv |
| 02/07/2013 | x-art_silvie_unbelievably_beautiful_1080.mov |
| 02/07/2013 | and1.mixtape.7.svcd.dvdrip.2004-bbv.mpg |
| 02/07/2013 | WinRAR 4.2 Full Version Cracked 2013 Download.exe |
| 02/07/2013 | X-Art - Tarde Espanola - Addison [1080p].mp4 |
| 02/07/2013 | X-Art - Ibiza Love - Gianna [1080p].mp4 |
| 02/07/2013 | DJ Tsuki - I Like Cupboards.mp3 |
| 02/07/2013 | X-Art - Teenagers In Love - Tiffany Thompson [1080p] |
| 02/03/2013 | Microsoft Office 2010 Activator - VerifiedFiles |
| 02/03/2013 | ATK Galleria - Nicol - nic058 - 1 - 1009 pics in 7 sets |
| 01/16/2013 | X-Art - Journey to the East - Angel [1080p].mov |
| 01/16/2013 | Xart_silvie |
| 01/16/2013 | X-ART.com A Day to Remember Baby 21.10 1080p |
| 01/15/2013 | MonacoGallant.rar |
| 01/15/2013 | x-art_ivy_spur_of_the_moment_1080.mov |
| 01/15/2013 | Everybody's Fucking.mp4 |
| 01/15/2013 | X-Art - Wild Things - Silvie, Grace [1080p].mov |

EXHIBIT C

CIL24

| Hit Date  UTC | Filename |
|---|---|
| 01/15/2013 | x-art_ivy_spur_of_the_moment_540.wmv |
| 01/15/2013 | x-art_kristen_happy_couple_1080.mov |
| 01/08/2013 | College Rules (Orgy At The Dorm).mp4 |
| 01/08/2013 | 1231211XA_Maryjane_Presley_The_Foursome_1080p.mov |
| 01/08/2013 | 14XArt_Silvie.Perfect.Lovers.avi |
| 01/03/2013 | Quicken Deluxe 2013.iso |
| 12/26/2012 | babes_BG_dani_jensen2_480p_1500.mp4 |
| 12/26/2012 | Babes_-_Katie_Jordin_-_Heavenly_Babe_HD_1080p |
| 12/26/2012 | X-Art.12.12.18.Gianna.A.Love.Story.XXX.1080p.MOV-KTR[rbg] |
| 12/26/2012 | Pathfinders.German.2011.DL.PAL.DVDR-RWP |
| 12/26/2012 | Babes - Together Again - Brooke Duvall [720p].mp4 |
| 12/05/2012 | x-art_kaylee_kyle_still_with_me_1080.mov |
| 12/05/2012 | x-art_angelica_inside_perfection_720.mov |
| 12/05/2012 | Taken 2.2012.DVDRip.XviD-ALLiANCE |
| 12/05/2012 | MassEffect3 |
| 12/05/2012 | Babes - Dream Lover - Rylie Richman [1080p].mp4 |
| 12/05/2012 | Take it Like a Bitch Boy - Cobra Video - 2006 (Xvid 2h20m).avi |
| 12/05/2012 | CRACK |
| 12/05/2012 | Johnny English Reborn(2011 ) DVDRip XviD- MAX |
| 12/05/2012 | Burnout.Paradise.The.Ultimate.Box |
| 12/05/2012 | Mr..Meaty.S01E03.The.Fries.That.Bind.Moochmaster.P..HDTV.XviD-ASAP[ettv] |
| 12/05/2012 | Babes - Moment of Grace - Tiffany Thompson [720p].mp4 |
| 11/24/2012 | Babes - Warm Wake Up - Katie Kox [720p].mp4 |
| 11/24/2012 | Connie.Heart.Soul.XArt.2012.FullHD_iyutero.com.wmv |
| 11/07/2012 | Paul Valery fucking and cumming (Bel Ami).VOB |
| 11/07/2012 | Epic Soundz.mp3 |
| 11/07/2012 | Marc.Dorcel.Laura.Angel.Infinity.XXX.DVDrip.CD2.pornalized.avi |
| 11/07/2012 | Shark.Night.2011.TS.AC3.H264-CRYS |
| 11/07/2012 | Hall pass (English.) 2011 |
| 11/07/2012 | Your Mom Tossed My Salad 10.rar |
| 11/07/2012 | CollegeRules_-_College_Girls_and_Sex_Games_HD_720p |
| 11/07/2012 | PureMature - Jenni  Lee (Afternoon Cocktail) |
| 11/07/2012 | Helix - Swim Twinks (2010, 8Teenboy series).avi |
| 11/07/2012 | [www.Cpasbien.com] Ben.And.Kate.S01E02.FASTSUB.VOSTFR.HDTV.XviD-Xtrem |
| 11/07/2012 | The_Walking_Dead_S02E10_HDTV_avi.avi |
| 11/07/2012 | [www.Cpasbien.com] Polar.Storm.2009.FRENCH.DVDRip.XviD-SHARiNG |
| 11/07/2012 | Easy Uninstaller Pro v1.2.8 Final By bobiras2009.apk |
| 11/07/2012 | Anjelica_Intimate_Caresses_HD1080.mp4 |
| 11/07/2012 | x-art_ivy_sebastian_soul_mates_720.mov |
| 11/07/2012 | WickedPictures.12.07.19.Asian.teen.getting.her.tight.cunt.slammed.on.stairs.XXX.MP4 |
| 11/07/2012 | Microsoft Office Professional Plus 2010 Setup + Activator |

EXHIBIT C

CIL24

| Hit Date  UTC | Filename |
|---|---|
| 11/07/2012 | VTS_01_1.VOB |
| 11/06/2012 | hx61 TeenFuckBuddies2 |
| 11/05/2012 | Conan.2012.08.01.Jon.Cryer.WEBRIP.360p.x264-TeamCoCo.mp4 |
| 11/05/2012 | Gay  First Time Teens |
| 10/31/2012 | Bangkok Dormitory Boys.mkv |
| 10/17/2012 | Glee Cast - Tonight |
| 10/17/2012 | KinkyAngels1_cum shots.VOB |
| 10/17/2012 | ADOBE CS5 ENCORE CONTENT |
| 10/17/2012 | Gay - Damon Dogg Deep Dish First Communion |
| 10/16/2012 | 3 - Some penetrations are even better - Jack Harrer and Dario Dolce.mov |
| 10/16/2012 | 1 - Kevin Warhol Rides Harris Hilton.mov |
| 10/16/2012 | 2 - Virgin No More - Andre Boleyn and Kevin Warhol.mov |
| 10/16/2012 | Young Legal Porn - Take Me Right Here - Klara [720p].mp4 |
| 10/16/2012 | Blowing Luke (Sean Cody).wmv |
| 10/16/2012 | Adobe Encore CS5 Fix[ASkyNinja] |
| 10/16/2012 | ktr.twist.12.10.02.sophia.smith.silky.soft.fantasies.mp4 |
| 10/16/2012 | Dark Shadows (2012) DVD-Rip |
| 10/16/2012 | 2 - Some penetrations are good - Jack Harrer and Dario Dolce.mov |
| 10/16/2012 | 3 - And the winner takes all - Adam Archuleta and Andre Boleyn.mov |
| 10/16/2012 | 2 - Kinkiest of Angels - Kevin Warhol, Jim Kerouac, Florian and Luke.mov |
| 09/29/2012 | The Dark Knight Rises .2011.DVDRip.XviD.Ro.HardSubbed-GoldenXD |
| 09/29/2012 | YoungSexParties - Double Date Followed By A Sex Party - Lisa, Amy [720p].mp4 |
| 09/28/2012 | X-Art - Photo Fantasy - Maya [1080p].mov |
| 09/28/2012 | Jurassic.Park.3.2001.NTSC.DVDR-THEBULLS |
| 09/28/2012 | [X-Art] Sex with a Supermodel - Tiffany |
| 09/19/2012 | wolfeinstein |
| 08/25/2012 | Ivy.-.This Side of Paradise.mov |
| 08/24/2012 | Step Up Revolution.DVDRip.Xvid.2012 |
| 08/24/2012 | Lockout (2012) DVDRiP  XviD -MAX |
| 08/24/2012 | Asian.Fantasy.XXX |
| 08/24/2012 | YoungLegalPorn_-_Abigail_-_A_Speedy_Recovery_HD_1080p |
| 07/27/2012 | body.of.proof.206.hdtv-lol.avi |
| 07/27/2012 | YoungLegalPorn.12.07.09.Regina.A.Hot.Vacation.XXX |
| 07/17/2012 | X-Art.12.07.03.Addison.Positively.In.Love.XXX |
| 07/17/2012 | X-Art - Silvie (Wild at Heart) |
| 07/17/2012 | X-Art - Like the First Time - Tiffany [1080p].mov |
| 07/17/2012 | [X-Art] Grace - Pure Grace |
| 07/17/2012 | x-art_carmen_paradise_found_1080.mov |
| 07/17/2012 | X-Art - Little Lover - Angel [1080p].mov |
| 07/17/2012 | X-Art - Grace - Foot Fetish |
| 07/17/2012 | ftnaavrildanny_1080.mp4 |

EXHIBIT C

CIL24

| Hit Date UTC | Filename |
|---|---|
| 07/17/2012 | x-art_erica_slow_motion_1080.mov |
| 07/17/2012 | Mirror Mirror [2012] DVDRip XViD-FiCO |
| 07/17/2012 | X-Art - Pretty Back Door Baby - Linsay [1080p].mov |
| 07/17/2012 | x-art_grace_breakfast_in_bed_720.wmv |

EXHIBIT C

CIL24