# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 2:13-cv-02058-JES-JAG |
| | : | |
| JOHN DOE, subscriber assigned IP address | : | |
| 173.161.100.210, | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe, subscriber assigned IP address 173.161.100.210 ("Defendant") from this action <u>without prejudice</u>. Defendant was assigned the IP Address 173.161.100.210. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: May ____, 2013

Respectfully submitted,

By: ___/s/ *Mary K. Schulz*___
Mary K. Schulz
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134

Phone: 224-535-9510  
Email: SchulzLaw@me.com  
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on May ____, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _/s/ *Mary K. Schulz*_____  
Mary K. Schulz